UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Mag. No.  19-3497 |
| v. : | |
| : | **ORDER FOR CONTINUANCE** |
| ENMANUEL NUNEZ-REYES : | |

  This matter having come before the Court on the joint application of Rachael A. Honig, Acting United States Attorney for the District of New Jersey (by Jonathan M. Peck, Assistant United States Attorney), and Defendant ENMANUEL NUNEZ-REYES (by Wanda M. Akin, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and six prior continuances having been entered; and the Defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown;

  IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

  (1)  The parties are engaged in plea negotiations, which if successful, would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

  (2) The Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this __30th__ day of __November__ 2021;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through January 31, 2022; and it is further

ORDERED that the period from the date this Order is signed through January 31, 2022, shall be excludable in computing time under the Speedy Trial Act of 1974.

    s/James B. Clark, III
    HON. JAMES B. CLARK, III
    United States Magistrate Judge

Form and entry consented to:

_____
Wanda M. Akin, Esq.
Counsel for Defendant

_____
Jonathan M. Peck
Assistant United States Attorney


*s/Sarah Devlin*
Sarah Devlin
Chief, Asset Recovery/Money Laundering Unit


*s/ Daniel V. Shapiro*
Daniel V. Shapiro
Deputy Chief, Criminal Division